# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEM ANDERSON, | CASE NO. 1:12-cv-01117-LJO-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** |
| v. | (Docket No. 2) |
| CITY OF FRESNO et al., | |
| Defendants. | |

Plaintiff Kem Anderson filed a complaint on July 10, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

**Dated:   July 13, 2012**            /s/ Sheila K. Oberto
                                                           UNITED STATES MAGISTRATE JUDGE